# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## OCALA DIVISION

**UNITED STATES OF AMERICA**

**-vs-**  **Case Number: 5:98-cr-10-Oc-10GRJ**

**KEDRICK JERMAINE RHODES**

**USM Number: 28090-018**

Rick Carey, FPD
201 SW Second Street, Suite 102
Ocala, Florida 34474

_____

## JUDGMENT IN A CRIMINAL CASE
### For Revocation of Probation or Supervised Release

The defendant admitted guilt to violation charge numbers 1, and 2 of the term of supervision. The defendant is adjudicated guilty of these violation charge numbers:

| Violation Charge Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | New Criminal Conduct while on Supervision | July 31, 2006 |
| 2 | New Criminal Conduct while on Supervision | November 17, 2006 |

The defendant is sentenced as provided in the following pages of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

**IT IS ORDERED** that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Date of Imposition of Sentence: July 19, 2007

_____
UNITED STATES DISTRICT JUDGE

July 20, 2007

KEDRICK JERMAINE RHODES                                                                                    Page 2 of 2
5:98-cr-10-Oc-10GRJ

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **27 Months,** to be served concurrently with any unexpired term defendant is presently serving.

The Court recommends to the Bureau of Prisons:

That defendant be designated for commitment of service at FCI Jessup, Georgia

It is FURTHER ORDERED that upon release from imprisonment, Defendant is released from further supervision by the court.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____

 at _____, with a certified copy of this judgment.

                                                                            _____
                                                                                     UNITED STATES MARSHAL

                                                                    By:_____
                                                                                      Deputy U.S. Marshal

AO 245B (Rev. 6/05) Judgment in a Criminal Case